UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

RONALD SMITH,

        Plaintiff,

    v.                        Case No. 20-C-34

RED ROCK PRODUCTIONS, LLC, et. al.,

        Defendants.

## ORDER GRANTING MOTION FOR DEFAULT JUDGMENT

On June 10, 2020, Plaintiff filed a motion for entry of default judgment. According to Plaintiff's complaint, Defendants Red Rock Productions, LLC and Cobblestone Productions, LLC (Defendant Companies) committed multiple violations of the Fair Labor Standards Act and Wisconsin's Wage Payment and Collection Laws. The record reflects that Defendant Companies were served with the complaint but failed to serve or file an answer or other responsive pleading within the time allowed, and the clerk granted Plaintiff's request for entry of default on May 8, 2020. By virtue of the default, the allegations against Defendant Companies are taken as true. *Black v. Lane*, 22 F.3d 1395, 1399 (7th Cir. 1994). Plaintiff has submitted evidence stating minimum wage, overtime, and failure to pay an agreed upon wage damages are in the amount of $24,133.13, plus attorneys' fees and costs in the amount of $11,445.00. Plaintiff's motion for relief establishes that judgment would be appropriate under these circumstances.

Accordingly, the motion (Dkt. No. 21) for default judgment as to Defendants Red Rock Productions, LLC and Cobblestone Productions, LLC is **GRANTED**. The court certifies that there is no just cause for delay of entry of judgment in this matter, and hereby directs the Clerk to enter

judgment, pursuant to Fed. R. Civ. P. 54(b), in favor of Plaintiff in the sum of $24,133.13, plus attorneys' fees and costs as provided by law in the amount of $11,445.00.

**SO ORDERED** at Green Bay, Wisconsin this 11th day of June, 2020.

s/ William C. Griesbach
William C. Griesbach, District Judge
United States District Court
