AO 450 (Rev. 5/85) Judgment in a Civil Case

# United States District Court
EASTERN DISTRICT OF WISCONSIN

RONALD SMITH,

        Plaintiff,

    v.

**JUDGMENT IN A CIVIL CASE**
Case No. 20-C-34

RED ROCK PRODUCTIONS, LLC and
COBBLESTONE PRODUCTIONS, LLC,

        Defendants.

---

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict

☒ **Decision by Court.** This action came before the Court for consideration.

    **IT IS HEREBY ORDERED AND ADJUDGED** that default judgment is hereby entered in favor of Plaintiff, Ronald Smith against Defendants Red Rock Productions, LLC and Cobblestone Productions, LLC, in the sum of $24,133.13, plus attorneys' fees and costs in the amount of $11,445.00.

Approved: s/ William C. Griesbach
WILLIAM C. GRIESBACH
United States District Judge

Dated: June 11, 2020

GINA M. COLLETTI
Clerk of Court

s/ Lori Hanson
(By) Deputy Clerk