# UNITED STATES DISTRICT COURT
for the
Eastern District of Wisconsin

| | | |
|---|---|---|
| Ronald Smith | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 20-cv-34 |
| Red Rock Productions, LLC, et al. | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendants Red Rock Productions, LLC, Cobblestone Productions, LLC and Sean McKinney .

Date: 07/23/2020

s/Russell J. Karnes
*Attorney's signature*

Russell J. Karnes, State Bar No. 1054982
*Printed name and bar number*

Gimbel, Reilly, Guerin & Brown LLP
330 E. Kilbourn Ave., Ste. 1170
Milwaukee, WI 53202
*Address*

rkarnes@grgblaw.com
*E-mail address*

(414) 271-1440
*Telephone number*

(414) 271-7680
*FAX number*