Thomas M. Olejniczak
Frederick L. Schmidt
R. George Burnett
Gregory A. Grobe
Tori L. Kluess
Robert M. Charles
Brick N. Murphy
Jodi Arndt Labs
David H. Weber
Ross W. Townsend
Michele M. McKinnon
Kurt A. Goehre
James M. Ledvina
Steven J. Krueger
Robert R. Gagan
Matthew M. Van Nuland
Laura J. Beck
Jill J. Ray
Joshua M. Koch
John M. Calewarts
Bryant M. Dorsey

# Law Firm of
# CONWAY, OLEJNICZAK & JERRY, S.C.

Since 1976

Retired:
J. Michael Jerry

Gregory B. Conway
1944-2017 (Founder)

Telephone: (920) 437-0476
Facsimile: (920) 437-2868
scotth@lcojlaw.com
www.lcojlaw.com

March 26, 2020

Mr. Sean McKinney
P. O. Box 1011
Appleton, WI 54912

Re: Your Contact to Our Office

Dear Mr. McKinney:

Thank you for taking the time to contact our office. This letter will confirm that the Law Firm of Conway, Olejniczak & Jerry, S.C. has not been retained to represent you regarding this matter.

Very truly yours,

**LAW FIRM OF CONWAY, OLEJNICZAK & JERRY, S.C.**

By: _____
Scott M. Heintz, Firm Administrator

SMH:jf
3363653

EXHIBIT A